IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY McGEE, et al.,                    No. 06-cv-0495-MCE-GGH-PS

      Plaintiff,

  v.                                           ORDER

MARGARET SEAGRAVES, ET AL.,

      Defendants.
_____/

    On June 2, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within ten (10) days.  No objections were filed.

    Accordingly, the Court presumes any findings of fact are correct.  See Orland v. U.S., 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1

1     Although it appears from the file that Plaintiff's copy of
2 the Findings and Recommendations was returned, Plaintiff was
3 properly served.  It is the Plaintiff's responsibility to keep
4 the Court apprised of his current address at all times.  Pursuant
5 to Local Rule 83-182(f), service of documents at the record
6 address of the party is fully effective.

7     The Court has reviewed the applicable legal standards and,
8 good cause appearing, concludes that it is appropriate to adopt
9 the Proposed Findings and Recommendations in full.

10     Accordingly, IT IS ORDERED that:

11     1.  The Proposed Findings and Recommendations filed June 2,
12 2006, are ADOPTED;

13     2.  The state action is summarily remanded to the Sacramento
14 County Superior Court;

15     3.  The Clerk shall serve a certified copy of this Order to
16 the clerk of the Sacramento County Superior Court, and reference
17 the state case number (06UD01611) in the proof of service; and

18     4.  The Clerk is directed to close this case.

19 DATED: July 17, 2006

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE